# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 418 EAL 2023

           Respondent             :

                                     :    Petition for Allowance of Appeal
                                     :    from the Order of the Superior Court

            v.                           :

                                     :

RASHEED MALCOLM,                :

                                     :

            Petitioner               :

## ORDER

**PER CURIAM**

       **AND NOW**, this 29th day of May, 2024, the Petition for Allowance of Appeal is **GRANTED**.  The issues, rephrased for clarity, are:

(1)     Did the Superior Court err in affirming the trial court's admission of Petitioner's videotaped interrogation, over Petitioner's objection?

(2)     Where videotaped interrogations are sought to be admitted at trial, what steps should the parties and trial courts take to reduce undue prejudice while providing appropriate context so that jurors can appropriately weigh the evidence?